**FILED**

OCT 1 6 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EARL MOSHER, ) <br> ) <br> Defendant. ) | 2:12-CR-444-APG-(CWH) |

### FINAL ORDER OF FORFEITURE

On July 10, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant EARL MOSHER to a criminal offense, forfeiting specific property agreed to in the Plea Agreement and alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant EARL MOSHER pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 20; Preliminary Order of Forfeiture, ECF No. 21; Plea Agreement, ECF No. 22.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 12, 2013, through August 10, 2013, and notified all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 23.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Systemax computer, Serial Number 10624202;
2. Seagate hard drive Serial Number 9QJ06N33;
3. Simpletech external hard drive Serial Number 091352610006149;
4. Maxtor external drive Serial Number 2CAHQ05R;
5. A generic computer tower containing a Maxtor 30.7GB hard drive;
6. Maxtor 30.7GB hard drive;
7. Numerous CDs, DVDs, zip drives, VHS tapes, and other media;
8. A Compaq Presario CQ60, serial number 2CE9202DHM; and
9. Any and all computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained ("property").

All pursuant to Title 18, United States Code, Sections 2251(d), 2252A(a)(1), (a)(2), (a)(5)(B), and 2253(a)(1).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

1   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2   certified copies to the United States Attorney's Office.
3   DATED this 16th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE